IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCELLA DIGGS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner
of Social Security,

    Defendant.

CIVIL ACTION
NO. 13-4336

## ORDER

**AND NOW**, this 28th day of May, 2015, upon consideration of Plaintiff's Complaint requesting review of the decision of the Commissioner of the Social Security Administration, all documents filed in connection therewith, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Docket No. 14), and Plaintiff's Objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is not adopted;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **GRANTED**; and

3. This matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the court's accompanying memorandum.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        **Jeffrey L. Schmehl, J.**